UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B HARRIS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>K KYLE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-00462-DAD-EPG<br><br>ORDER DIRECTING RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTIVE RELIEF<br><br>(ECF Nos. 9, 22)<br><br>RESPONSE TO BE FILED WITHIN 14 DAYS |

　　　　Plaintiff, Devonte B. Harris, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 16, 2019, Plaintiff filed a document titled "Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction." (ECF No. 9.) Plaintiff did not file an accompanying motion for a temporary restraining order and preliminary injunction. However, on September 20, 2019, Plaintiff filed a "Request for Ruling on Temporary Restraining Order," and references his memorandum of points and authorities. (ECF No. 22.) Based on this request, Plaintiff's memorandum of points and authorities (ECF No. 9) will be construed as a motion for injunctive relief.

　　　　In the motion for injunctive relief, Plaintiff seeks to ensure that staff do not house him in short-term restricted housing ("STRH") or release him into the general population. (*Id.*) Plaintiff contends that defendants know that Plaintiff suffers from mental health conditions that

1

exacerbate into suicidal thoughts when he is housed in STRH, and that Defendants have previously placed Plaintiff in STRH anyway, resulting in Plaintiff attempting suicide. Plaintiff also contends that placing Plaintiff into the general population creates a substantial risk of serious harm to Plaintiff. Plaintiff contends that he has been attacked by other inmates when he was placed in general population housing in the past and that these attacks are because Plaintiff, a non-protective custody inmate, was previously housed with and programmed with protective custody inmates. Plaintiff states in his motion seeking a ruling on his motion for injunctive relief that he is scheduled to be in court at SCP-Sacramento on November 6, 2019, and he fears that without Court intervention, he may be housed in STRH, creating a risk that he will become suicidal and attempt suicide. (ECF No. 22.)

The Court directs Defendants to file a response to Plaintiff's motion for injunctive relief (ECF No. 9) and motion for ruling on motion for injunctive relief (ECF No. 22) within 14 days. Upon consideration of the response, the undersigned will issue Findings and Recommendations to the assigned District Judge.

IT IS SO ORDERED.

Dated: **September 23, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE