# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>K KYLE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00462-DAD-EPG (PC)<br><br>ORDER GRANTING REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF Nos. 21, 30) |

This matter has been referred for an early settlement conference. (ECF No. 21.) On October 17, 2019, Defendants filed a request to opt-out of the settlement conference, explaining that following an evaluation of the case and conversations with Plaintiff, they have determined that a settlement conference would not be beneficial at the present time. (ECF No. 30.) The Court will accordingly grant Defendants' request to opt out of an early settlement conference.[1] A conference may be rescheduled at a later date, if appropriate.

It is ORDERED that the request to opt out of an early settlement conference (ECF No. 30) is GRANTED.

IT IS SO ORDERED.

    Dated: __October 22, 2019__         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the Order referring case to settlement conference (ECF No. 21), Defense counsel need not file a request to opt out of the early settlement conference and should, instead, merely file a notice that they are opting out of the early settlement conference. Upon the filing of such notice, the matter will proceed without an early settlement conference and without the need for an order from the Court.