IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEVONTE B. HARRIS,

                    Plaintiff,

        v.

K. KYLE, et al.,

                  Defendants.

Case No. 1:19-cv-00462 DAD EPG

ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER

(ECF No. 42)

The Court has before it Defendants' motion to modify the scheduling order (ECF No. 42). Having reviewed the motion, the Court finds good cause for granting the requested modifications. Accordingly,

IT IS ORDERED that Defendants' motion to modify the scheduling order (ECF No. 42) is GRANTED. The Court's scheduling order (ECF No. 37) is modified as follows:

1. The motion to compel deadline, currently set for June 12, 2020, is extended to September 10, 2020;

2. The deadline for responding to a motion to compel, currently set for June 26, 2020, is extended to September 24, 2020;

3. The non-expert discovery cut-off, currently set for August 7, 2020, is extended to November 9, 2020; and

4. The dispositive motion filing deadline, currently set for September 11, 2020, is extended to December 10, 2020.

IT IS SO ORDERED.

Dated:   **April 14, 2020**          /s/ Erici P. Grosj

UNITED STATES MAGISTRATE JUDGE