IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**K. KYLE, et al.,**<br><br>                                    Defendants. | Case No. 1:19-cv-00462 DAD EPG<br><br>**ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO RESPOND TO CERTAIN DISCOVERY REQUESTS**<br><br>(ECF No. 44) |

The Court has before it Defendants K. Kyle and D. Overly's request for an extension of time to respond to certain requests for production in Plaintiff's request for Production of Documents, Set No. One (ECF No. 44). Based on the representations therein and the accompanying declaration of counsel (ECF No. 44 at 2-4), the Court finds good cause for and will accordingly grant the requested extension of time.

IT IS ORDERED that Defendants K. Kyle and D. Overly's request for an extension of time to respond to Plaintiff's first set of requests for production of documents, requests 2, 4, and 6-13 to K. Kyle, and requests 2, 3, and 6-9 to D. Overly, is **GRANTED**. K. Kyle and D. Overly shall serve their responses to the requests on or before **July 18, 2020**.

IT IS SO ORDERED.

Dated:   **June 4, 2020**                              /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE