IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**K. KYLE, et al.,**<br><br>Defendants. | Case No. 1:19-cv-00462 DAD EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>**(ECF No. 46)** |

The Court has before it Defendants' second motion to modify the scheduling order (ECF No. 46). Having reviewed the motion, the Court finds good cause for granting the requested modifications. Accordingly,

IT IS ORDERED that Defendants' motion to modify the scheduling order (ECF No. 46) is GRANTED. The Court's scheduling order (ECF No. 37), as modified by the Court's April 14, 2020 order (ECF No. 43), is further modified as follows:

1. The motion to compel deadline, currently set for September 10, 2020, is extended to December 9, 2020;
2. The deadline to respond to a motion to compel, currently set for September 24, 2020, is extended to December 23, 2020;

3.  The non-expert discovery cut-off, currently set for November 9, 2020, is extended to February 7, 2021; and,

4.  The dispositive motion deadline, currently set for December 10, 2020, is extended to March 10, 2021.

5.  All other terms and conditions of the scheduling order (ECF No. 37) as previously modified (ECF No. 43) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 23, 2020**                              /s/ Eric P. Grojean
                                                      UNITED STATES MAGISTRATE JUDGE