IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>               Plaintiff,<br><br>v.<br><br>**K. KYLE, et al.,**<br><br>               Defendants. | Case No. 1:19-cv-00462 DAD EPG<br><br>**REVISED ORDER GRANTING DEFENDANT KYLE'S REQUEST FOR 14-DAY EXTENSION OF TIME TO SERVE OFFICIAL-INFORMATION DECLARATION IN SUPPORT OF PRIVILEGE LOG ON PLAINTIFF**<br><br>**(ECF Nos. 53, 54, 55)** |

Good cause appearing, Defendant K. Kyle's *nunc pro tunc* request for an extension of time to serve an official-information declaration in support of her privilege log to Plaintiff's first set of requests for production of documents, requests 9, 10, and 11 (ECF No. 53), is **GRANTED**. K. Kyle shall serve the official-information declaration on Plaintiff on or before August 31, 2020. This order supersedes the Court's prior order (ECF No. 54), which granted Defendant until August 24, 2020 to serve the declaration.

IT IS SO ORDERED.

Dated:   **August 24, 2020**                          /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

1

Revised Order Granting Request for 14-Day Extension of Time to Serve Official-Information Declaration
(1:19-cv-00462 DAD EPG)