IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>                                        Plaintiff,<br><br>        v.<br><br>**K. KYLE, et al.,**<br><br>                                        Defendants. | Case No. 1:19-cv-00462 DAD EPG<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST FOR AN EXTENSION OF TIME**<br><br>**(ECF No. 65)** |

The Court has before it Defendants' request for a seven-day extension of time (ECF No. 65) to respond to Plaintiff's motion for a preliminary injunction (ECF Nos. 62, 63). The Court finds good cause for and accordingly GRANTS the requested extension of time. Defendants shall file their response to Plaintiff's motion for a preliminary injunction by no later than November 10, 2020.

IT IS SO ORDERED.

Dated:   **November 3, 2020**                             /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE