IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS, | Case No. 1:19-cv-00462-DAD-EPG (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY AND MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| K. KYLE, et al., | |
| Defendants. | (ECF Nos. 71, 72) |

Plaintiff Devonte B. Harris ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. Before the Court are Plaintiff's motions filed on December 22, 2020, requesting an extension of time to file a reply in support of his motion for preliminary injunction and seeking to modify the Scheduling Order in this case to extend the time to bring a motion to compel. (ECF Nos. 71, 72.)

In both motions, Plaintiff explains that the extensions are requested because he tested positive for COVID-19 on November 26, 2020. (ECF Nos. 71, 72.) Plaintiff has been in an isolation unit and is unable to access the law library or obtain copies. (*Id.*) Plaintiff requests that the Scheduling Order be modified and the deadline to file a motion to compel be extended from December 9, 2020, to January 8, 2021. (ECF No. 71.) Plaintiff also requests that the deadline to

file a reply in support of his motion for preliminary injunction be extended from December 17, 2020, to January 7, 2021. (ECF No. 72.)

The Court finds good cause to grant Plaintiff's motions. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the Scheduling Order (ECF No. 71) is GRANTED;
2. The motion to compel deadline, currently set for December 9, 2020, is extended to January 8, 2021. All other terms and conditions of the Scheduling Order (ECF No. 37) as previously modified (ECF Nos. 43, 48) remain in full force and effect;
3. Plaintiff's motion for an extension of time (ECF No. 72) is GRANTED; and
4. The deadline for Plaintiff to file a reply in support of his motion for preliminary injunction is extended to January 7, 2021.

IT IS SO ORDERED.

Dated:   **January 3, 2021**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE