UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. KYLE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00462-DAD-EPG (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST TO FACILITATE DEPOSITION OF DEFENDANT KYLE (ECF NO. 81)<br><br>ORDER REQUESTING THAT THE LITIGATION COORDINATOR OF CSP-CORCORAN RESPOND TO PLAINTIFF'S REQUEST TO FACILITATE DEPOSITION OF DEFENDANT KYLE (ECF NO. 81)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S REQUEST (ECF NO. 81) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON AND THE LITIGATION COORDINATOR AT CALIFORNIA STATE PRISON, CORCORAN |

　　　　Plaintiff Devonte B. Harris ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action.

　　　　On February 16, 2021, Plaintiff filed a request for the Court to order California State Prison, Corcoran ("CSP-Corcoran") to facilitate a deposition of Defendant K. Kyle by videoconference on March 18, 2021, at 9:00 a.m. (ECF No. 81.) According to Plaintiff, he has contacted Atkinson-Baker Nationwide Court Reporters and arranged for payment to conduct a deposition of Defendant Kyle by Zoom on March 18, 2021, at 9:00 a.m. (*Id.*) Plaintiff requests

1

that the Court order CSP-Corcoran to facilitate the deposition by Zoom through the institution's videoconference equipment. (*Id.*)

The Court will direct Defendants to file a response to Plaintiff's request. Defendants response should include whether they oppose proceeding with the deposition and, if applicable, any relevant legal authority.

The Court will also request that the Litigation Coordinator of CSP-Corcoran file a response to Plaintiff's request. The Litigation Coordinator is requested to address the feasibility of conducting the deposition of Defendant Kyle by remote means and whether a time limitation for the deposition of no longer than two hours can be accommodated. If Plaintiff's proposed date and time of March 18, 2021 at 9:00 a.m. is not available, the Litigation Coordinator is requested to specify whether there are any other available dates and times for the deposition.

Accordingly, IT IS REQUESTED that, within fourteen (14) days from the date of service of this order, the Litigation Coordinator of California State Prison, Corcoran file a response to Plaintiff's request to facilitate the deposition of Defendant Kyle (ECF No. 81).

Additionally, IT IS ORDERED that:

1. Within fourteen (14) days from entry of this order, Defendants shall file a response to Plaintiff's request to facilitate the deposition of Defendant Kyle (ECF No. 81); and
2. The Clerk of Court is directed to serve Senior Assistant Attorney General Monica Anderson and the Litigation Coordinator at California State Prison, Corcoran with a copy of this order and Plaintiff's request to facilitate the deposition of Defendant Kyle (ECF No. 81).

IT IS SO ORDERED.

Dated:  **February 19, 2021**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2