UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K KYLE, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00462-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 62, 90) |

Plaintiff Devonte B. Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2020, plaintiff filed a motion for preliminary injunction. (Doc. No. 62.) On March 4, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion be denied. (Doc. No. 90.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.* at 7.) On April 1, 2021, plaintiff filed a motion requesting an extension of time to file his objections, which the assigned magistrate judge granted. (Doc. Nos. 95, 96.) Plaintiff filed his objections to the findings and recommendations on April 12, 2021. (Doc. No. 98.)

/////

1

The findings and recommendations in this action conclude that plaintiff's allegation of irreparable harm is speculative, that plaintiff has not identified an immediate threat to his safety, and that plaintiff seeks injunctive relief based on claims not pled in his complaint. (Doc. No. 90 at 5–6.) The findings and recommendations further conclude that plaintiff has not established that he is likely to succeed on the merits, given that he has submitted no evidence, and that plaintiff has failed to show the balance of equities in this action supports the granting of the requested injunctive relief. (*Id.* at 6.) Finally, the findings and recommendations conclude that plaintiff is seeking injunctive relief against parties who are not defendants in this action, nor do the defendants in this action appear to have the authority to provide the relief plaintiff seeks. (*Id.* at 7.) Plaintiff's objections appear to raise the same arguments that he raised in his reply brief in support of his motion and that the magistrate judge appropriately addressed in the findings and recommendations. (Doc. No. 98.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 4, 2021 (Doc. No. 90) are adopted in full; and

2. Plaintiff's motion for preliminary injunction (Doc. No. 62) is denied.

IT IS SO ORDERED.

Dated: **May 24, 2021**

UNITED STATES DISTRICT JUDGE