UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>        Plaintiff,<br><br>        v.<br><br>K. KYLE, et al.,<br><br>        Defendant. | Case No. 1:19-cv-00462-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANT KYLE'S REQUEST FOR SEVEN-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 106) |

      Plaintiff Devonte B. Harris ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Before the Court is Defendant Kyle's ("Defendant") motion for an extension of time to file a response to Plaintiff's motion to compel. (ECF No. 106.)

      According to the motion, Defendant's counsel prepared a declaration on Defendant's behalf in support of her opposition to the motion to compel. (ECF No. 106.) Defendant was expected to review, finalize, and sing the declaration on the morning of August 9, 2021. (*Id*.) However, Defendant's counsel was unable to reach Defendant on the morning of August 9, 2021, and learned from the Litigation Coordinator at California State Prison, Corcoran, that Defendant became unexpectedly unavailable and unable to attend work for personal reasons. (*Id.*) Defendant requests a seven-day extension of time to respond to Plaintiff's motion to compel. (*Id.*)

Having considered the motion, and in light of the limited extension sought, the Court will grant Defendant's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion (ECF No. 106) for an extension of time to respond to Plaintiff's motion to compel is GRANTED;
2. Defendant shall file and serve her response to the motion to compel on or before August 16, 2021; and
3. Plaintiff may file a reply in support of the motion to compel within seven days of service of Defendant's response.

IT IS SO ORDERED.

Dated:   **August 10, 2021**                   /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE