UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. KYLE, et al.,<br><br>　　　　Defendant. | Case No. 1:19-cv-00462-DAD-EPG (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING, RELATED DEADLINES, AND JURY TRIAL<br><br>(ECF No. 75) |

　　　　Plaintiff Devonte B. Harris ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　A Telephonic Trial Confirmation Hearing is currently set for March 7, 2022, and a Jury Trial is set for May 10, 2022, before District Judge Dale A. Drozd. (ECF No. 75.) Additionally, the Scheduling Order sets deadlines related to the Telephonic Trial Confirmation Hearing for, in relevant part, filing motion(s) for the attendance of confined witnesses and oppositions to the same, submitting money orders for the Marshals Service to serve unconfined witnesses who refuse to testify, notifying the Court of the names and locations of Plaintiff's witnesses, and filing pretrial statements. (ECF No. 37.)

　　　　Defendants' motion for summary judgment, filed on May 10, 2021, is currently pending before the Court. (ECF No. 99.) On January 20, 2022, Plaintiff filed his seventh request for an extension of time, which the Court granted in part and denied in part. (ECF No. 124.) Plaintiff's

1

opposition deadline is currently February 4, 2022. (*Id.*) Fed. R. Civ. P. 6(d). The Court will therefore vacate the Telephonic Trial Confirmation Hearing and related deadlines and the Jury Trial, to be reset following a final ruling on Defendants' motion for summary judgment if necessary.

Accordingly, IT IS HEREBY ORDERED that the Telephonic Trial Confirmation Hearing currently set for March 7, 2022, the related deadlines for filing motion(s) for the attendance of confined witnesses and oppositions to the same, submitting money orders for the Marshals Service to serve unconfined witnesses who refuse to testify, notifying the Court of the names and locations of Plaintiff's witnesses, and filing pretrial statements as set forth in the Scheduling Order, and the Jury Trial set for May 10, 2022 (ECF Nos. 37, 75) are hereby VACATED, to be reset following a final order on Defendants' motion for summary judgment if necessary.

IT IS SO ORDERED.

Dated:  **January 24, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE